```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,      )    CR F 06-228 AWI
11                                 )
              Plaintiff,            )
12                                 )    ORDER FOR DISMISSAL OF
         v.                        )    INDICTMENT
13                                 )
    ROBERTO VASQUEZ TORRES,        )
14                                 )
                                   )
15            Defendant.           )
                                   )
16
17       Pursuant to the motion by the United States, IT IS HEREBY
18  ORDERED that the Indictment filed herein be dismissed against
19  defendant ROBERTO VASQUEZ TORRES only in the interest of justice
20  and without prejudice.
21
22
    IT IS SO ORDERED.
23
    Dated:   April 13, 2007              /s/ Anthony W. Ishii
24                                      UNITED STATES DISTRICT JUDGE
25
26
27
28
                                   1
```